UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>INLAND-JOSEPH FRUIT COMPANY, *et al.*,<br><br>Defendants. | NO. CV-07-3065-RHW<br><br>**ORDER GRANTING MOTION FOR DISMISSAL** |

Before the Court are the parties' Motion for Order Dismissing Case with Prejudice and without Costs (Ct. Rec. 76), and the parties' Stipulation for Order Dismissing Case (Ct. Rec. 77). This matter was heard without oral argument. Plaintiff and Defendants ask that all remaining claims against Defendants be dismissed with prejudice and without costs.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Motion for Order Dismissing Case with Prejudice and without Costs (Ct. Rec. 76) is **GRANTED**.

2. The parties' Stipulation for Order Dismissing Case (Ct. Rec. 77) is **GRANTED**.

3. The above-captioned action is **DISMISSED** with prejudice and without award of costs to any party.

///
///
///
///

ORDER GRANTING MOTION FOR DISMISSAL * 1

1 **IT IS SO ORDERED.** The District Court Executive is hereby directed to
2 enter this Order, furnish copies to counsel, and to **close the file**.
3 **DATED** this 13th day of November, 2008.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2007\Metropolitan\dismiss.ord.wpd

ORDER GRANTING MOTION FOR DISMISSAL * 2